**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **LILIAN CANTARERO-RODRIGUEZ #A206-139-735** | **CASE NO. 6:26-CV-01554 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **UNKNOWN** | **MAGISTRATE JUDGE HORNSBY** |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED** in chambers on this 22nd day of October, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**